# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**,

        Plaintiff,

    -vs-                                    Case No. 05-CR-28

**SHERRELL TAYLOR**,

        Defendant.

## ORDER

The defendant, Sherrell Taylor ("Taylor"), brought a motion to suppress evidence seized at the time of his arrest. The Magistrate Judge denied that motion and Taylor appealed to this Court.

The Court has read the submissions of the parties, the transcript of the suppression hearing and other relevant information, and rules as follows. The Court will adopt the Recommendation of Magistrate Judge Goodstein and deny Taylor's motion.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

The Court adopts the Recommendation of Magistrate Judge Goodstein. Taylor's Motion to Suppress is **DENIED**.

Dated at Milwaukee, Wisconsin, this 6th day of May, 2005.

                                    **SO ORDERED,**

                                    **s/ Rudolph T. Randa**
                                    **HON. RUDOLPH T. RANDA**
                                    **Chief Judge**